UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DE ANDRE L. DERRITT, | ) | CASE NO. ED CV 08-425-SVW (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| JAMES WALKER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   September 21, 2010  .

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Jmt.wpd